```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

DEBRA KILOH,

      Plaintiff,

vs.                                    Case No. 3:04-cv-679-J-HTS

JO ANNE BARNHART,
Commissioner of the Social
Security Administration,

      Defendant.
_____

## O R D E R

This cause is before the Court on the Application for Attorney Fees Under the Equal Access to Justice Act (Doc. #21; Application).[1]  Defendant has no objection to the amount sought in the Application.  *See* Defendant's Response to Plaintiff's Motion for Attorney's Fees (Doc. #24; Response).  The Commissioner merely takes issue with the terms to be used when awarding reimbursement for postage and copying.  *See* Response at 2; *cf.* untitled entry log (Log), attached to the Application.

A total of 17.5 hours were expended in the representation of Plaintiff before the Court.  Application at 2; Log.  Plaintiff seeks a total payment of $2,406.25 in fees and $37.20 for postage and copying.  Application at 1, 3; Log (specifying $27.20 postage

---

[1] It is observed the Application is single-spaced.  Hence, counsel is reminded of the format requirements contained in Rule 1.05(a), Local Rules, United States District Court, Middle District of Florida.

and $10.00 copying).  This is based on an hourly rate of $137.50. Application at 3.

Having reviewed the Application and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees.  *See* 28 U.S.C. § 2412(d).  Thus, in light of the parties' positions, Plaintiff may reasonably be awarded $2,406.25 in attorney fees, $27.20 in expenses, and $10.00 in costs.[2]

Accordingly, the Application (Doc. #21) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,406.25, expenses of $27.20, and costs totaling $10.00.

**DONE AND ORDERED** at Jacksonville, Florida this 1st day of June, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
    *pro se* parties, if any

---

[2] The Court notes the total fee sought by Plaintiff is less than the amount allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, accounting for adjustments due to an increase in the cost of living.  *See* § 2412(d)(2)(A).  For the purpose of determining the rate of inflation, the Court visited http://data.bls.gov/cgi-bin/cpicalc.pl (last visited May 27, 2005).